UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 13-60075-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                ORDER

JEFFREY L. SHULTZ,

        Defendant.
_____/

THIS cause is before the Court on the Defendant's Motion to Terminate Supervised Release (DE#34) and the Court having reviewed the matter, and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Motion is GRANTED.

DONE AND ORDERED at the United States District Court, Miami, Florida, this __10__ day of November, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record